2-75163
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 3403



------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                       Plaintiff,

    - against -                             CIVIL COMPLAINT
                                               IN ADMIRALTY
CUMMINGS TRANSPORT, INC.,



                       Defendant.
------------------------------------X

        Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant CUMMINGS TRANSPORT, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

        1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of Lading.

        2. At all times hereinafter mentioned, plaintiff ZIM INTEGRATED SHIPPING SERVICES, INC. was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

        3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

        4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's public tariff.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit the $7,617.00 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $7,617.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
April 30, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED
 SHIPPING SERVICES, INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

I. Defendant's status & address:

   A. Upon information and belief and at all times hereinafter mentioned, defendant CUMMINGS TRANSPORT, INC. was and still is a corporation organized and existing under the laws of the State of Illinois, with offices and a place of business at 1017 W. 48th St., Chicago, IL 60609, with an agent for service of process, Carmen Cummings, at the corporate address and at 4556 S. Calumet, Suite 3B, Chicago, IL 60653.

II. Particulars:

   1. Bill of Lading No. ZIMUORF179674, dated January 13, 2007, from Chicago to Cotonou via Norfolk on the Vessel SCI JYOTI, one (1) twenty-foot container, at the applicable tariff charge of $3,124.00 (Exhibit A).
Amount Paid: $0          Amount Due: $3,124.00

   2. Bill of Lading No. ZIMUORF181426, dated January 25, 2007, from Chicago to Tema via Norfolk on the Vessel SCI KIRAN, one (1) forty-foot container SAID TO CONTAIN: ARTICLES DONATED FOR RELIEF OR CHARITY, at the applicable tariff charge of $4,493.00 (Exhibit B).
Amount Paid: $0          Amount Due: $4,493.00

III. Total Amount Due: $7,617.00

**BILL OF LADING** — ZIM INTEGRATED SHIPPING SERVICES LTD — ZIM CONTAINER SERVICE

| SHIPPER (NAME & ADDRESS) | | BOOKING NO. | BILL OF LADING NO. |
|---|---|---|---|
| CUMMINGS TRANSPORT<br>1017 W. 48TH ST.<br>CHICAGO, IL 60609  US | | ORF149443<br>EXPORT REFERENCES<br>P.O. NO.<br>REFERENCE NO. G-2762 | ZIMUORF179674 |
| CONSIGNEE (NAME & ADDRESS) | | FORWARDING AGENT FMC NO. | FMC# 17200 |
| FLORENCE WILLIAMS<br>9 OTIGBA STREET<br>TEL:011294185337559  0112340803304819 | | GLOBAL FORWARDING CORP.<br>7035 E CAVE CREEK ROAD<br>SUITE 204 CAVE CREEK, AZ 85331 | |
| | | POINT AND COUNTRY OF ORIGIN | |
| NOTIFY (NAME & ADDRESS) | | IL-ILLINOIS | |
| FLORENCE WILLIAMS<br>9 OTIGBA STREET<br>TEL:0112941853759  01123408033304819 | | REMARKS | |
| INITIAL CARRIAGE (IF ANY) | PLACE OF RECEIPT (IF CONTRACTED FOR)<br>CHICAGO | SERVICE CONTRACT NO. | |
| VESSEL<br>SCI JYOTI  056/2 | PORT OF LOADING<br>NORFOLK, VA | | |
| PORT OF DISCHARGE<br>COTONOU | FINAL DESTINATION (IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) | |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| | DESCRIPTION DETAILS AS PER ATTACHED RIDER | | |

**EXHIBIT "A"**

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | | AMOUNT | TOTAL | |
|---|---|---|---|---|---|
| FREIGHT PREPAID | FREIGHT | UNIT | 2400.00 | 2400.00 | DL |
| ON BOARD : 01/13/2007 | PRECARRIAGE | UNIT | 525.00 | 525.00 | DL |
| CY/CY | RAIL CHARGE | UNIT | 100.00 | 100.00 | DL |
| SHIPPERS/LOAD/COUNT/STOW | INTERNATIONAL | UNIT | 16.00 | 16.00 | DL |
| | INTERMODAL | UNIT | 79.00 | 79.00 | DL |
| | ORIGIN | UNIT | 4.00 | 4.00 | DL |

FREIGHT PAYABLE AT NORFOLK

PLACE AND DATE OF ISSUE: NORFOLK, VA  01/13/2007

NO. OF ORIGINAL B(S)/L: 3

ZIM CONTAINER SERVICE<br>As Agent for Zim Integrated Shipping Services Ltd<br>As Carrier

**NON - NEGOTIABLE**

# BILL OF LADING

**ZIM INTEGRATED SHIPPING SERVICES LTD** — ZIM CONTAINER SERVICE

| Field | Value |
|---|---|
| BOOKING No. | ORF149444 |
| BILL OF LADING No. | ZIMUORF181426 |

**SHIPPER / EXPORTER (NAME & ADDRESS):**
CUMMINGS TRANSPORT
1017 W 48TH ST.
CHICAGO, IL 60609  US

**EXPORT REFERENCES:**
REFERENCE NO: G-2848

**CONSIGNEE (NAME & ADDRESS):**
MAXWELL K. GYMAH
BOX 13
AGONA ASHANTI TEL:024-839-087 TEMA,
GHANA   GH

**FORWARDING AGENT F.M.C. No.**

**POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY):**
IL - ILLINOIS

**NOTIFY (NAME & ADDRESS):**
MAXWELL K. GYMAH
BOX 13
AGONA ASHANTI TEL:024-839-087 TEMA,
GHANA   GH

**REMARKS / EXPORT OR OTHER INSTRUCTIONS**

**PLACE OF RECEIPT OF GOODS:** CHICAGO, IL
**SERVICE CONTRACT NO.** 9000000600214

**LOADING VESSEL / VOY:** SCI KIRAN 652/E
**PORT OF LOADING:** NORFOLK, VA

**PORT OF DESTINATION:** TEMA

---

**PARTICULARS AS FURNISHED BY SHIPPER**

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| 1 CNT | X 40FT. HC CONTAINER S.L.A.C. 261 PCS:ARTICLES DONATED FOR RELIEF OR CHARITY NO SED REQUIRED AES XTN: 651057337-G-2848 | 11340KG / 25000LB | |
| FRCU5596088-40' SEAL#5219221 261 PCS 25000LBS/11340KGS | | | |

**NON-NEGOTIABLE**

**EXHIBIT "B"**

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

**DETAILS:**
FREIGHT PREPAID
ON BOARD : 01/25/2007
CY/CY
SHIPPERS/LOAD/COUNT/STOW

| | UNIT | RATE | PREPAID | COLLECT |
|---|---|---|---|---|
| FREIGHT | UNIT | 3725.00 | 3725.00 | DL |
| PRECARRIAGE | UNIT | 650.00 | 650.00 | DL |
| INTERNATIONAL | UNIT | 16.00 | 16.00 | DL |
| INTERMODAL | UNIT | 98.00 | 98.00 | DL |
| ORIGIN | UNIT | 4.00 | 4.00 | DL |

**MERCHANT'S DECLARED VALUE OF GOODS:** $US 4493.00

**FREIGHT PAYABLE AT:** NORFOLK
**No. OF ORIGINAL B/L ISSUED:** 3
**PLACE AND DATE OF ISSUE:** NORFOLK, VA  01/25/2007

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd.
As Carrier

**NON - NEGOTIABLE**