# AFFIDAVIT PROOF OF SERVICE

I, _Michael Jones_, the undersigned, being first duly sworn on oath, depose and say that I am over the age of eighteen and not a party to action # _____ filed in the circuit court of _____ county, Illinois. I certify that I served the attached papers on the Defendant as follows:

**Substitute Service:** Leaving a copy of the summons and complaint at the Defendant's usual place of abode, with a person 13 years of age or older, and informing that person of the contents of the said summons and complaint. Additionally, an exact copy of said papers were mailed to the Defendant his/her normal place of abode in a sealed postage paid envelope _____, Illinois U.S. Post Office on the _____ day of _____, 20____ at ____:____ a.m./p.m.

Person Accepting Service: _____
Sex: _____  Race: _____  Approximate Age: _____
Served the _____ day of _____, 20____ at ____:____ a.m./p.m.
Defendant's Name: _____
Address Served: _____

**Personal Service:** Leaving a copy of the summons and complaint with the named Defendant personally.

Defendant's Name: _Cornen Cummings_
Sex: _F_  Race: _BLK_  Approximate Age: _40_
Served the _29_ day of _June_, 20_07_ at _7:00_ a.m./p.m.
Address Served: _509 East 48th Chicago ILL 60607_

**Service on Business:** Leaving a copy of the summons and the complaint with the Registered Agent of a Corporation, a Partner, or any other Authorized Person.

Defendant's Name, Agent, Partner, or Authorized Person: _____
Sex: _____  Race: _____  Approximate Age: _____
Served the _____ day of _____, 20____ at ____:____ a.m./p.m.
Address Served: _____

The Defendant named on the Summons and Complaint was not served for the following reason: _____

Server: _Michael Jones_         _[signature]_
       Print                     Signature

Signed and Sworn before me this _6th_ day of _July_, 20_07_.

_[signature]_
Notary Public

"OFFICIAL SEAL"
ANN PARKER
Notary Public, State of Illinois
My Commission Expires July 26, 2008

_Subject is in process of being Evicted per Landlord_