2-751163
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                Plaintiff,

- against -

CUMMINGS TRANSPORT, INC.,

                Defendant.
------------------------------------------------------X



RECEIVED
AUG 01 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

07 CIV. 3403 (BAER)

DEFAULT JUDGMENT

#07, 1721

      This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant CUMMINGS TRANSPORT, INC. on June 29, 2007 by personal service on Carmen Cummings, Officer and person authorized to accept, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

      Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

      ORDERED, ADJUDGED AND DECREED that the plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC. have judgment against defendant CUMMINGS TRANSPORT, INC. in the liquidated amount of $7,617.00, with interest at 6% from the respective dates due amounting to $239.06, plus the costs and disbursements of this action in the amount of $650.00, amounting in all to $8,506.06.

Dated: New York, New York
      ~~August   , 2007~~
      Sept 6, 2007

                                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____